IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEFERINO ALVARADO-ROJAS, ANTONIO CARRERA, MIRNA ALBARADO MEDINA, ROGELIO MEDINA DIAZ-BARRIGA, AND MARCELINO MARTINEZ-CRUZ,<br><br>Defendants. | Case No. CR-08-207-S-BLW<br><br>**ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE** |

Trial is currently set in this case for all Defendants, except Marcelino Martinez-Cruz on October 27, 2008. Defendant Marcelino Martinez-Cruz was recently arraigned and trial set on November 24, 2008. Therefore, the present trial dates of October 27, 2008 and November 24, 2008 shall be vacated and reset for all other defendants on January 5, 2009.

Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted." The Court finds that the time between October 27, 2008 and

**Order -- Page 1**

November 24, 2008 until January 5, 2009, is a reasonable period of time under § 3161(h)(7), and therefore sets all defendants for trial on **January 5, 2009 at 1:30 p.m, in Boise, Idaho**.  Accordingly,

    NOW THEREFORE IT IS HEREBY ORDERED, that the prior trial settings of October 27, 2008 and November 23, 2008 are vacated for all defendants, and that the new trial date for all defendants shall be **January 5, 2009 at 1:30 p.m.** in the James A. McClure Federal Building and U.S. Courthouse in **Boise, Idaho**.  The Court finds the period from the prior trial setting to the new trial setting to be excludable time as explained above.

    Additionally, a telephonic pretrial conference shall be scheduled in this matter on **December 17, 2008 at 4:00 p.m.**  The Government shall place the call with all opposing counsel on the line to (208) 334-9145.

    IT IS FURTHER ORDERED, that all pretrial motions be filed on or before **December 5, 2008**.

DATED:  **October 20, 2008**

B. LYNN WINMILL  
Chief Judge  
United States District Court

**Order -- Page 2**